UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:09-CV-451 |
| ) | Judge Phillips/Guyton |
| DONNA E. BROCK, ) | |
| a/k/a DONNA E. POWELL, ) | |
| ) | |
| Defendant. ) | |

**DEFAULT JUDGMENT**

Upon application of Plaintiff and upon Declaration that Defendant is indebted to Plaintiff in the sum of $1,896.80, plus interest accruing thereon from January 12, 2010, at the rate of 5.82 percent per annum to the date of judgment; the sum of $4,529.10, plus interest accruing thereon from January 12, 2010, at the rate of 8 percent per annum to the date of judgment; plus interest accruing at the legal rate from the date of judgment until paid in full, together with costs; that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff, United States of America, recover from Defendant, DONNA E. BROCK, the sum of $6,425.90, plus interest accruing thereon from January 12, 2010, to the date of judgment, plus post-judgment interest on both amounts accruing at the legal rate from the date of judgment until paid in full, together with costs.

This judgment is entered by the Clerk at the request of Plaintiff and upon affidavit that said amount is due in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

PATRICIA L. McNUTT, CLERK

By: ___s/ A. Brush_____
Deputy Clerk